STEPHEN P. BERZON (SBN 46540)
CONNIE K. CHAN (SBN 284230)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064
Email: sberzon@altshulerberzon.com
Email: cchan@altshulerberzon.com

RICHARD EDELMAN (*pro hac vice*)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W.
Suite 1200
Washington, DC 20005
Telephone:  (202) 898-1707
Facsimile:  (202) 682-9276
Email:  redelman@odsalaw.com

Attorneys for Defendant Transport Workers Union of America, AFL/CIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEMETRIS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORT WORKERS UNION OF AMERICA, AFL/CIO,<br><br>Defendant. | Case No. CV 13-cv-5566-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RELATING CASES**<br>**Civ. L.R. 7-12 AS MODIFIED**<br><br>Date:  n/a<br>Time:  n/a<br>Ctrm.:  A<br>Judge: Hon. Vince Chhabria<br><br>**Complaint Filed: December 4, 2013**<br>**Trial Date: n/a** |

Plaintiffs Daniel Demetris, William Burke, Daniel Burstein, Patrick Collins, Richard Gorgas, Paul Herfel, Robert Marini, Abdul Morani, Paul Morrone, Robert Palacek, and Thomas Powell (collectively "Plaintiffs"), and Defendant Transport Workers Union of America, AFL/CIO ("Defendant"), hereby stipulate, by and through their respective attorneys of record, that *Letbetter, et al. v. Local 514, Transport Workers Union of America, et al.*, Case No. 3:14-cv-04075-JSC (N.D. Cal.) is related to the above-captioned, earlier-filed case within the meaning of Civil Local Rule 3-12(a), and should therefore be assigned to the same Judge hearing the earlier-filed action.

Dated: September 11, 2014

STEPHEN P. BERZON (SBN 46540)
CONNIE K. CHAN (SBN 284230)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064
Email: sberzon@altshulerberzon.com
Email: cchan@altshulerberzon.com

RICHARD EDELMAN *(pro hac vice)*
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W.
Suite 1200
Washington, DC 20005
Telephone:  (202) 898-1707
Facsimile:  (202) 682-9276
Email:  redelman@odsalaw.com


by: */s/ Stephen P. Berzon*
       Stephen P. Berzon

Attorneys for Defendant

Dated: September 11, 2014

MICHAEL A. CADDELL (SBN 249469)
CYNTHIA B. CHAPMAN (SBN 164471)
AMY E. TABOR (SBN 297660)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010-3027
Telephone: (713) 751-0400
Facsimile: (713) 751-0906
Email: mac@caddellchapman.com
Email: cbc@caddellchapman.com
Email: aet@caddellchapman.com

1
STIPULATION AND [PROPOSED] ORDER RELATING CASES
Case No. 13-CV-5566-VC

KEITH R. VERGES (*pro hac vice*)
RYAN K. MCCOMBER (*pro hac vice*)
FIGARI & DAVENPORT, LLP
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Tel.: (214) 939-2000
Fax: (214) 939-2090
Email: keith.verges@figdav.com
Email: ryan.mccomber@figdav.com

ARTHUR FELDMAN (*pro hac vice*)
BERG FELDMAN JOHNSON BELL, LLP
4203 Montrose Blvd., Suite 150
Houston, Texas 77006
Tel.: (713) 526-0200
Facsimile: (832) 615-2665
Email: afeldman@bfjblaw.com

AKBAR KABANI (*pro hac vice*)
ARSHIL KABANI (*pro hac vice*)
KABANI & KABANI, PLLC
3030 Lyndon B. Johnson Fwy, Suite 700
Dallas, TX 75234
Telephone: (888) 669-2889
Facsimile: (214) 722-7625
Email: akbar@kabanilaw.com


by:  __/s/ Michael A. Caddell_____
        Michael A. Caddell

Attorneys for Plaintiffs

**[~~PROPOSED~~] ORDER AS MODIFIED**

Pursuant to the Parties' stipulation and for good cause shown, the Court concludes that *Letbetter, et al. v. Local 514, Transport Workers Union of America, et al.*, Case No. 3:14-cv-04075-JSC (N.D. Cal.) is related to the above-captioned, earlier-filed case within the meaning of Civil Local Rule 3-12(a), and should therefore be assigned to the under-signed Judge.

Both matters are scheduled for a case management conference on September 30, 2014, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  September 17, 2014

_____
The Honorable Vince Chhabria
United States District Judge