STEPHEN P. BERZON (SBN 46540)
CONNIE K. CHAN (SBN 284230)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: sberzon@altshulerberzon.com
Email: cchan@altshulerberzon.com

RICHARD EDELMAN (*pro hac vice*)
O'DONNELL, SCHWARTZ &
ANDERSON, P.C.
1300 L Street, N.W.
Suite 1200
Washington, DC 20005
Telephone: (202) 898-1707
Facsimile: (202) 682-9276
Email: redelman@odsalaw.com

Attorneys for Defendant Transport Workers
Union of America, AFL/CIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEMETRIS, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>TRANSPORT WORKERS UNION OF AMERICA, AFL/CIO,<br><br>  Defendant. | Case No. 3:13-cv-05566-VC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br>**Civ. L.R. 6-2**<br><br>Date: n/a<br>Time: n/a<br>Ctrm.: 4<br>Judge: Hon. Vince Chhabria<br><br>**Complaint Filed: December 4, 2013**<br>**Trial Date: n/a** |

1    Plaintiffs Daniel Demetris, William Burke, Daniel Burstein, Patrick Collins, Richard
2 Gorgas, Paul Herfel, Robert Marini, Abdul Morani, Paul Morrone, Robert Palacek, and Thomas
3 Powell (collectively "Plaintiffs"), and Defendant Transport Workers Union of America,
4 AFL/CIO ("Defendant"), herein referred to collectively as the "Parties," hereby stipulate, by and
5 through their respective attorneys of record, as follows:
6    WHEREAS, a case management conference was originally scheduled in this matter for
7 September 18, 2014 at 2:00 p.m.;
8    WHEREAS, on September 17, 2014, the Court issued an order on the parties' stipulation
9 relating *Letbetter, et al. v. Local 514, Transport Workers Union of America, et al.*, Case No.
10 3:14-cv-04075-VC (N.D. Cal.) (the "*Letbetter* Action") to this case, and rescheduled the
11 September 18 case management conference to September 30, 2014 at 10:00 a.m. to coincide with
12 an initial case management conference in *Letbetter* set for the same date and time;
13    WHEREAS, Stephen Berzon, lead counsel for Defendant TWU, is traveling for prior
14 work commitments on September 30, 2014 and therefore not available to attend the case
15 management conferences currently set for that day;
16    WHEREAS, due to various scheduling conflicts among counsel for TWU, counsel for
17 *Demetris* Plaintiffs, counsel for *Letbetter* Plaintiffs, and counsel for defendant Local 514 in the
18 *Letbetter* Action, the next Tuesday on which all counsel are available is November 4, 2014; and
19    WHEREAS, no other deadlines have yet been set in either the above-captioned matter or
20 in *Letbetter*, and therefore rescheduling the September 30, 2014 case management conference in
21 both cases will not affect any other case scheduling deadlines;
22    Hence, pursuant to Civil Local Rule 6-2, the Parties stipulate that the case management
23 conferences currently set for September 30, 2014 in the above-captioned matter and in the
24 related *Letbetter* Action shall be rescheduled for November 4, 2014 at 10:00 a.m., provided that
25 date is convenient for the Court.

26 Dated: September 23, 2014                STEPHEN P. BERZON (SBN 46540)
                                            CONNIE K. CHAN (SBN 284230)
27                                          ALTSHULER BERZON LLP
                                            177 Post Street, Suite 300
28                                          San Francisco, CA  94108

|   |   |
|---|---|
| 1 | Telephone: (415) 421-7151 |
| 2 | Facsimile: (415) 362-8064 |
|   | Email: sberzon@altshulerberzon.com |
|   | Email: cchan@altshulerberzon.com |

RICHARD EDELMAN (*pro hac vice*)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W.
Suite 1200
Washington, DC 20005
Telephone: (202) 898-1707
Facsimile: (202) 682-9276
Email: redelman@odsalaw.com


by: */s/ Connie K. Chan*
　　　Connie K. Chan

Attorneys for Defendant


Dated: September 23, 2014

MICHAEL A. CADDELL (SBN 249469)
CYNTHIA B. CHAPMAN (SBN 164471)
AMY E. TABOR (*pro hac vice*)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010-3027
Telephone: (713) 751-0400
Facsimile: (713) 751-0906
Email: mac@caddellchapman.com
Email: cbc@caddellchapman.com
Email: aet@caddellchapman.com

ARTHUR FELDMAN (*pro hac vice*)
BERG FELDMAN JOHNSON BELL, LLP
4203 Montrose Blvd., Suite 150
Houston, Texas 77006
Tel.: (713) 526-0200
Facsimile: (832) 615-2665
Email: afeldman@bfjblaw.com

AKBAR KABANI (*pro hac vice*)
ARSHIL KABANI (*pro hac vice*)
KABANI & KABANI, PLLC
3030 Lyndon B. Johnson Fwy, Suite 700
Dallas, TX 75234
Telephone: (888) 669-2889
Facsimile: (214) 722-7625
Email: akbar@kabanilaw.com

1
2
3

by: */s/ Michael A. Caddell*
Michael A. Caddell

Attorneys for Plaintiffs

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF CONNIE K. CHAN IN SUPPORT OF STIPULATION**

I, Connie K. Chan, declare as follows:

1. I am a member in good standing of the bar of the State of California and am counsel for Defendant TWU in the above-captioned case. I am also counsel for Defendant TWU in the related case *Letbetter, et al. v. Local 514, Transport Workers Union of America, et al.*, Case No. 3:14-cv-04075-VC (N.D. Cal.) (the "*Letbetter* Action"). I make this declaration in support of the Parties' stipulated request to move the case management conference currently set for September 30, 2014. The facts set forth in this declaration I know to be true of my own personal knowledge, except where such facts are stated to be based on information and belief, and those facts I believe to be true.

2. On September 17, 2014, the Court issued an order on the parties' stipulation relating the *Letbetter* Action to the *Demetris* Action, and set an initial case management conference in the *Letbetter* Action for September 30, 2014, at 10:00 a.m. That same day, the Court reset the case management conference in the *Demetris* Action originally scheduled for September 18, 2014 at 2:00 p.m. to September 30, 2014, at 10:00 a.m.

3. Due to previously scheduled work commitments, Stephen Berzon, lead counsel for TWU in both this action and the related *Letbetter* Action, will be traveling on September 30, 2014 and therefore is not able to attend the case management conferences currently scheduled for that day.

4. I informed counsel for *Demetris* plaintiffs, counsel for *Letbetter* plaintiffs, and counsel for defendant Local 514 in the *Letbetter* Action of Mr. Berzon's scheduling conflict and requested that they stipulate to continue the case management conferences to a mutually agreeable date.

5. Upon information and belief, due to counsel's various scheduling conflicts, the next Tuesday on which all counsel are available is November 4, 2014.

6. No other deadlines have yet been set in either matter, and therefore rescheduling the September 30, 2014 case management conference in both cases will not affect any other case scheduling deadlines.

4
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 3:13-CV-05566-VC

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.  Executed at San Francisco, California, on September 23, 2014.

*/s/ Connie K. Chan*_____
Connie K. Chan

1 **[PROPOSED] ORDER**

2   Pursuant to the Parties' stipulation and for good cause shown, the Case Management
3 Conference currently set for September 30, 2014 at 10:00 a.m. is hereby rescheduled to
4 November 4, 2014 at 10:00 a.m.

5 **IT IS SO ORDERED.**

6 Dated: September 24, 2014

