UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEMETRIS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO,<br><br>    Defendant. | Case No. 13-cv-05566-VC<br><br>**PROTECTIVE ORDER**<br><br>Re: Dkt. No. 107 |

    The plaintiffs are allowed to pursue appropriate discovery related to the factual issues raised by TWU's Rule 12(b)(1) motion.

    Discovery unrelated to TWU's Rule 12(b)(1) motion is stayed until at least the case management conference scheduled for January 27, 2014.

    The hearing scheduled for December 4, 2014 is vacated. However, if the parties are unable to agree which discovery requests are related to the Rule 12(b)(1) motion, they may appear by telephone at the previously-scheduled time (that is, December 4, 2014 at 10 a.m.), and the Court will assist the parties in resolving those disagreements. If the parties require the Court's assistance, they should notify the Court by 12 p.m. on Wednesday, December 3, 2014.

    **IT IS SO ORDERED**.

Dated: December 1, 2014

_____
VINCE CHHABRIA
United States District Judge