STEPHEN P. BERZON (SBN 46540)
CONNIE K. CHAN (SBN 284230)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: sberzon@altshulerberzon.com
Email: cchan@altshulerberzon.com

RICHARD EDELMAN (*pro hac vice*)
O'DONNELL, SCHWARTZ &
ANDERSON, P.C.
1300 L Street, N.W.
Suite 1200
Washington, DC 20005
Telephone: (202) 898-1707
Facsimile: (202) 682-9276
Email: redelman@odsalaw.com

Attorneys for Defendant Transport Workers
Union of America, AFL/CIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEMETRIS, et al. | Case No. 3:13-cv-5566-VC |
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER TAKING DISCOVERY CONFERENCE OFF CALENDAR; STAYING DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) [DKT. 106]; AND CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| TRANSPORT WORKERS UNION OF AMERICA, AFL/CIO, | |
| Defendant. | **Civ. L.R. 6-2 and 7-12** |
| | Date: n/a |
| | Time: n/a |
| | Ctrm.: 4 |
| | Judge: Hon. Vince Chhabria |
| | **Complaint Filed: December 4, 2013** |
| | **Trial Date: n/a** |

1    Plaintiffs Daniel Demetris, William Burke, Daniel Burstein, Patrick Collins, Richard
2    Gorgas, Paul Herfel, Robert Marini, Abdul Morani, Paul Morrone, Robert Palacek, and Thomas
3    Powell (collectively "Plaintiffs"), and Defendant Transport Workers Union of America,
4    AFL/CIO ("Defendant"), herein referred to collectively as the "Parties," hereby stipulate, by and
5    through their respective attorneys of record, as follows:
6    WHEREAS, on November 20, 2014, Defendant TWU filed a Motion for Protective
7    Order (Dkt. 107) seeking a stay of all merits discovery until 30 days after the Court rules on
8    Defendant's currently pending Rule 12(b)(6) Motion to Dismiss the Second Amended Complaint
9    (Dkt. 104), or until the Court issues a scheduling order authorizing merits discovery to proceed,
10   whichever occurs first;
11   WHEREAS, on December 1, 2014, the Court issued a Protective Order allowing
12   Plaintiffs to "pursue appropriate discovery related to the factual issues raised by TWU's Rule
13   12(b)(1) motion," but staying all other discovery until at least the Case Management Conference
14   scheduled for January 27, 2015 (Dkt. 113);
15   WHEREAS, pursuant to the Court's Protective Order, the Parties met and conferred on
16   the morning of December 2, 2014, and promptly notified the Court that they jointly requested the
17   Court's assistance to resolve their dispute as to which of Plaintiffs' discovery requests related to
18   Defendant's Rule 12(b)(1) motion;
19   WHEREAS, the Court issued a Clerk's Notice later that day (Dkt. 114) setting a
20   telephonic discovery conference for December 4, 2014 at 11:00 a.m.;
21   WHEREAS, the Parties subsequently further met and conferred and reached an
22   agreement regarding the timing of discovery related to Defendant's Rule 12(b)(1) motion, as set
23   forth below, that obviates the need for a discovery conference on December 4;
24   WHEREAS, on November 6, 2014, the Court issued a Clerk's Notice rescheduling the
25   November 13, 2014 Case Management Conference to January 27, 2015 (Dkt. 102); and
26   WHEREAS, Stephen Berzon, lead counsel for TWU, has a pre-existing commitment to
27   attend a Ninth Circuit Conference in Tucson, Arizona from January 26-28, 2015, and is therefore
28   unavailable for a Case Management Conference on January 27, 2015;

HENCE, the Parties hereby stipulate and request an Order setting forth the following:

1. The telephonic discovery conference scheduled for December 4, 2014 at 11:00 a.m. shall be vacated;

2. Defendant's Motion to Dismiss the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) [Dkt. 106], currently set for hearing on January 15, 2015, shall be taken off calendar and stayed, to be reset following the Court's ruling on Defendant's pending Motion to Dismiss the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6);

3. Discovery related to Defendant's Rule 12(b)(1) Motion to Dismiss the Second Amended Complaint, as provided for in the Court's December 1, 2014 Protective Order (Dkt. 113), shall likewise be stayed pending the resetting of the Rule 12(b)(1) Motion; and

4. The Case Management Conference currently set for January 27, 2015 shall be continued to February 3, 2015, or such other time after February 3, 2015 as is convenient for the Court.

Dated: December 3, 2014

STEPHEN P. BERZON (SBN 46540)
CONNIE K. CHAN (SBN 284230)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064
Email: sberzon@altshulerberzon.com
Email: cchan@altshulerberzon.com

RICHARD EDELMAN *(pro hac vice)*
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W.
Suite 1200
Washington, DC 20005
Telephone:  (202) 898-1707
Facsimile:  (202) 682-9276
Email:  redelman@odsalaw.com


by: */s/ Stephen P. Berzon*_____
        Stephen P. Berzon

Attorneys for Defendant

Dated: December 3, 2014

MICHAEL A. CADDELL (SBN 249469)
CYNTHIA B. CHAPMAN (SBN 164471)

2

AMY E. TABOR (*pro hac vice*)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010-3027
Telephone: (713) 751-0400
Facsimile: (713) 751-0906
Email: mac@caddellchapman.com
Email: cbc@caddellchapman.com
Email: aet@caddellchapman.com

ARTHUR FELDMAN (*pro hac vice*)
BERG FELDMAN JOHNSON BELL, LLP
4203 Montrose Blvd., Suite 150
Houston, Texas 77006
Tel.: (713) 526-0200
Facsimile: (832) 615-2665
Email: afeldman@bfjblaw.com

AKBAR KABANI (*pro hac vice*)
ARSHIL KABANI (*pro hac vice*)
KABANI & KABANI, PLLC
3030 Lyndon B. Johnson Fwy, Suite 700
Dallas, TX 75234
Telephone: (888) 669-2889
Facsimile: (214) 722-7625
Email: akbar@kabanilaw.com


by: */s/ Michael A. Caddell*_____
    Michael A. Caddell

Attorneys for Plaintiffs

3

STIPULATION AND [PROPOSED] ORDER
Case No. 3:13-CV-5566-VC

**DECLARATION OF STEPHEN P. BERZON IN SUPPORT OF STIPULATION**

I, Stephen P. Berzon, declare as follows:

1. I am a member in good standing of the bar of the State of California and am one of the counsel of record for Defendant TWU in the above-captioned case. I make this declaration in support of the Parties' stipulated request to vacate the December 4, 2014 telephonic discovery conference, to stay Defendants' pending Motion to Dismiss the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) [Dkt. 106], and to continue the Case Management Conference set for January 27, 2015 to at least February 3, 2015. The facts set forth in this declaration I know to be true of my own personal knowledge.

2. I am lead counsel for TWU on this case, and I have authority to make decisions about any issue that may come up during a case management conference.

3. On October 28, 2014, TWU filed an Administrative Motion, pursuant to Civil Local Rule 6-3(a), to continue the Case Management Conference then scheduled for November 13, 2014, to 30 days after the Court rules on Defendant's pending motion to dismiss the Second Amended Complaint. Dkt. 92.

4. On November 6, 2014, the Court issued a Clerk's Notice rescheduling the November 13, 2014 Case Management Conference to January 27, 2015. Dkt. 102.

5. I have a pre-existing commitment to attend a Ninth Circuit Conference in Tucson, Arizona from January 26-28, 2015, and am therefore unavailable for a Case Management Conference on January 27, 2015.

6. All previous time modifications in this case are set forth in the Declaration of Connie K. Chan in Support of Defendant's Motion to Continue Case Management Conference (Dkt. 92), ¶¶15-29.

7. Aside from a hearing on Defendant's Rule 12(b)(6) Motion to Dismiss the Second Amended Complaint set for January 15, 2015, no other deadlines have yet been set in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed at San Francisco, California, on December 3, 2014.

    _/s/ Stephen P. Berzon_____
    Stephen P. Berzon

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation and for good cause shown, the Court hereby orders the following:

1. The telephonic discovery conference scheduled for December 4, 2014 at 11:00 a.m. shall be vacated;

2. Defendant's Motion to Dismiss the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) [Dkt. 106], currently set for hearing on January 15, 2015, shall be taken off calendar and stayed, to be reset following the Court's ruling on Defendant's pending Motion to Dismiss the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6);

3. Discovery related to Defendant's Rule 12(b)(1) Motion to Dismiss the Second Amended Complaint, as provided for in the Court's December 1, 2014 Protective Order (Dkt. 113), shall likewise be stayed pending the resetting of the Rule 12(b)(1) Motion; and

4. The Case Management Conference currently set for January 27, 2015 shall be continued to February 3, 2015 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: December 5, 2014

_____
The Honorable Vince Chhabria
United States District Judge