UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEMETRIS, et al., | 13-cv-05566-VC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO, | |
| Defendant. | |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  February 4, 2015

_____

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California